**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000703
12-SEP-2012
10:43 AM**

NO. CAAP-11-0000703


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JODY IRWIN, on behalf of minor children,
Petitioner-Appellant,
v.
MICHAEL IRWIN, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DA NO. 11-1-7175)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on September 26, 2011, Petitioner-Appellant Jody Irwin, on behalf of Minor Children (Appellant) filed a notice of appeal;

(2) the record on appeal was filed on November 18, 2011, and the appellate clerk informed Appellant that the jurisdictional statement was due November 28, 2011 and the opening brief was due December 28, 2011;

(3) Appellant did not file either document;

(4) on August 12, 2012, the appellate clerk informed Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief expired;

(b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on August 22, 2012 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default.  Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  September 12, 2012.

Presiding Judge

Associate Judge

Associate Judge